UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
ROBERTO STOUTE,                                                :
                                                               :
                                       Plaintiff,         :   **ORDER CLOSING THE CASE**
     -against-                                                :
                                                               :   18 Civ. 5004 (AKH)
CITY OF NEW YORK,                                              :
                                                               :
                                                               :
                                   Defendants.        :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Judgment having been entered on January 29, 2019, *see* Dkt. No. 34, and the parties having reached a settlement as to attorney fees, *see* Dkt. No. 39, the Clerk of Court shall mark the case closed.

        SO ORDERED.

Dated:    September 30, 2022
              New York, New York                       ALVIN K. HELLERSTEIN
                                                                  United States District Judge